**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

ELSIE MARTIN,
Petitioner,

v.

No. 98-2197

U. S. IMMIGRATION &
NATURALIZATION SERVICE,
Respondent.

On Petition for Review of an Order
of the Board of Immigration Appeals.
(A91-940-792)

Submitted: September 21, 1999

Decided: October 5, 1999

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

**COUNSEL**

Ronald D. Richey, Rockville, Maryland, for Petitioner. David W.
Ogden, Acting Assistant Attorney General, David M. McConnell,
Assistant Director, James A. Hunolt, Office of Immigration Litiga-
tion, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Petitioner Elsie Martin appeals a final order of deportation issued by the Board of Immigration Appeals (Board). Martin is a resident alien facing deportation due to two theft convictions. The Board affirmed the decision of the immigration court denying Martin as a matter of discretion a waiver of inadmissibility under § 212(h) of the Immigration and Nationality Act. The Board also found that Martin was ineligible for § 212(h) relief because at least one of her crimes was classified as an aggravated felony, and § 212(h) relief was no longer available to aliens who are deportable on the basis of having been convicted of an aggravated felony. See 8 U.S.C.A. §§ 1101(a)(43)(G), 1182(h) (West 1999).

The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA), Pub. L. No. 104-128, 110 Stat. 3009, § 309(c)(4)(E) removes the jurisdiction of the Courts of Appeals to review the discretionary denial of a waiver of inadmissibility under § 212(h). See Kalaw v. INS, 133 F.3d 1147, 1152 (9th Cir. 1997). Accordingly, although we deny Respondent's motion to dismiss, in which the INS sought dismissal on other grounds, we nevertheless dismiss Martin's petition because IIRIRA § 309(c)(4)(E) divests this court of jurisdiction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2